IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

J. BRAD HARRON,

        Plaintiff,

  v.

J. ROBERT CARTWRIGHT and
UPPER MOUNT BETHEL TOWNSHIP

        Defendants.

Civil Action No. 05-1538

**MEMORANDUM/ORDER**

August 17, 2007

      On March 29, 2007, defendants filed "Defendants' Second Motion for Judgment on the Pleadings or, in the Alternative, Defendants' Motion to Dismiss the Action Pursuant to Rule 41(b)" (Docket # 10). On October 26, 2005, defendants filed "Defendants' Motion to Grant as Uncontested Defendants' Second Motion for Judgment on the Pleadings or, in the Alternative, Defendants' Motion to Dismiss the Action Pursuant to Rule 41(b)" (Docket # 11). Each of these motions was accompanied by a certificate of service indicating that each motion had been served on plaintiff's counsel of record. Plaintiff has not responded to either motion. The motion for judgment on the pleadings will therefore be granted as unopposed pursuant to Local Rule 7.1(c).

      It is hereby ORDERED that "Defendants J. Robert Cartwright and Upper Mount

Bethel Township's Motion for Partial Judgment on the Pleadings" (Docket # 10) is GRANTED.  Plaintiff's complaint is DISMISSED.  It is further ORDERED that "Defendants' Motion to Grant as Uncontested Defendants' Second Motion for Judgment on the Pleadings or, in the Alternative, Defendants' Motion to Dismiss the Action Pursuant to Rule 41(b)" (Docket # 11) is DISMISSED as MOOT.

BY THE COURT:

/s/ Louis H. Pollak

_____

Pollak, J.
8/17/2007